**FILED**

03/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0640

**IN THE SUPREME COURT OF THE STATE OF MONTANA**
Supreme Court Cause No. DA 22-0640

IN RE THE MARRIAGE OF:

SALLY JO HUFFARD,

     Petitioner and Appellee,

and

GREGORY ALAN HUFFARD,

     Respondent and Appellant.

**GRANT OF EXTENSION**

Pursuant to authority granted under M. R. App. P. 26(1), Appellee is given an extension of time until April 6, 2023, to prepare, file, and serve the Appellee's response brief.

Cc:    Matthew B. Gallinger
       Gregory Alan Huffard

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 3 2023